# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY DEFENDERS FUND, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 25-cv-2791 (CKK)<br>) |
| DEPARTMENT OF JUSTICE, | )<br>)<br>) |
| Defendant. | )<br>) |

**DEFENDANT'S SUPPLEMENTAL NOTICE IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant U.S. Department of Justice provides the following supplement to its motion for an extension of time of 30 days to respond to Plaintiff's Amended Complaint (ECF No. 11).

1. Since Defendant filed its motion, Plaintiff and Defendant met and conferred on anticipated next steps in this litigation. On September 23, 2025, Plaintiff informed Defendant during a Zoom call that it planned to move to further amend its complaint to add an additional Freedom of Information Act ("FOIA") request materially similar to another FOIA request already included in the Amended Complaint (ECF No. 9). Plaintiff asked for Defendant's position on such a motion.

2. On September 24, 2025, Defendant informed Plaintiff that it had no objection to Plaintiff's anticipated motion to add that additional FOIA request. Plaintiff informed Defendant that it planned to file the motion to amend the complaint after September 25 2025, when Defendant presently anticipates its answer to the operative Amended Complaint is due.

3. Plaintiff's planned motion to amend the operative Amended Complaint supports good cause for Defendant's motion to extend its deadline to answer by 30 days. Such an extension would permit Defendant to instead answer the subsequent Second Amended Complaint, presuming the Court grants Plaintiff's motion.

:

For these reasons, Defendant respectfully requests that the Court grant its motion and extend Defendant's time to respond to Plaintiff's Amended Complaint to October 27, 2025.

Dated: September 25, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Jason K. Altabet*
JASON K ALTABET
Trial Attorney (Md. Bar No. 2211280012)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Counsel for Defendant*