IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY DEFENDERS FUND<br>600 Pennsylvania Avenue SE, #15180<br>Washington, DC 20003<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br><br>*Defendant*. | Civil Action No. 25-cv-02791 (CKK) |

**[PROPOSED] ORDER**

On October 3, 2025, Plaintiff Democracy Defenders Fund filed a Motion for Leave to File Second Amended Complaint ("Motion for Leave") pursuant to Federal Rule of Civil Procedure 15(a)(2).

Defendant Department of Justice is unopposed to Plaintiff filing: (1) its Motion for Leave and (2) its Second Amended Complaint.

IT IS THEREFORE ORDERED that:

Plaintiff's Motion for Leave to File Second Amended Complaint is hereby **GRANTED**. Plaintiff's Second Amended Complaint, attached to the Motion as Exhibit A, is deemed filed as of the date signed below.

**IT IS SO ORDERED**, this _____ day of _____, 2025.

_____
Judge Colleen Kollar-Kotelly