UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMORACY DEFENDERS FUND,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 25-2791 (CKK)

**ORDER**
(November 18, 2025)

On November 17, 2025, Plaintiff Democracy Defenders Fund filed an Unopposed Motion for Expedited Consideration and Joint Proposed Briefing Schedule ("Motion") pursuant to 28 U.S.C. § 1657.

IT IS THEREFORE ORDERED that:

Plaintiff's Motion is hereby GRANTED. Responses to DDF's Motion for Summary Judgment (ECF No. 15) are due as follows:

Defendant's Opposition and any Cross-Motion: by December 11, 2025

Plaintiff's Reply and any Opposition to a Cross-Motion: by December 22, 2025

Defendant's deadline for responding to Plaintiff's Complaint is held in abeyance until after the Court resolves Plaintiff's Motion for Summary Judgment.

**SO ORDERED.**

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge