**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY DEFENDERS FUND,  )<br><br>  Plaintiff,  )<br><br>  v.  )<br><br>  DEPARTMENT OF JUSTICE,  )<br><br>  Defendant.  ) | Civil Action No. 25-cv-2791 (CKK) |

## NOTICE OF WITHDRAWAL

Please take notice that Jason Altabet respectfully withdraws his appearance in this matter. Defendant will continue to be represented by other counsel who have entered appearances on its behalf.

Dated: April 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Jason K. Altabet*
JASON K ALTABET
Trial Attorney (Md. Bar No. 2211280012)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Counsel for Defendant*