**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY DEFENDERS FUND,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>Defendant. | Civil Action No. 25-2791 (CKK) |

**ORDER**
(September 30, 2026)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that, with respect to DDF's request under 28 C.F.R. § 16.5(e)(1)(iv) for expedited processing on its July 22, 2025, request to DOJ CRM, DDF's [15] Motion for Summary Judgment is **GRANTED**;

**ORDERED** that, with respect to DDF's request under 28 C.F.R. § 16.5(e)(1)(iv) for expedited processing on its July 28, 2025, requests to DOJ CRM and OAG/ODAG, DDF's [15] Motion for Summary Judgment is **GRANTED IN PART** as to the bulk of DDF's requests for records and **DENIED IN PART** as to the portions of DDF's first and third requests that request records from DOJ officials other than those specifically identified in the request; and

**ORDERED** that, with respect to DDF's request under FOIA's "compelling need" provision, 5 U.S.C. § 552(a)(6)(E), for expedited processing on its July 22, 2025, request to DOJ CRM and its July 28, 2025, requests to DOJ CRM and OAG/ODAG, DDF's [15] Motion for Summary Judgment is **DENIED**.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge